**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02005-CMA-NRN

MICHELE KENNETT, individually and on behalf of the Rule 23 Class,

    Plaintiff,

v.

BAYADA HOME HEALTH CARE, INC.,

    Defendant.

---

**ORDER ENTERING STIPULATED FINAL JUDGMENT**

---

The matter is before the Court upon the Parties' Motion for Entry of Stipulated Final Judgment. (Doc. # 114.)

In accordance with the Court's prior rulings on liability (Doc. # 49) and class certification (Doc. # 111), the Parties' Stipulation for Monetary Relief (Doc. # 110-3), and the Amended Scheduling Order (Doc. # 98), it is ORDERED that judgment is entered against Defendant Bayada Home Health Care, Inc., and in favor of Plaintiffs, in the amounts set forth below:

| Employee Full Name and ID | State Law Damages | Interest | Total |
|---|---|---|---|
| ALBARADO, JUDY A (230721) | $1,755.06 | $742.74 | $2,497.80 |
| Albin, Virginia D (342051) | $244.38 | $128.61 | $372.99 |
| ALFARO, MEIBY O (209288) | $15,065.64 | $5,065.43 | $20,131.08 |
| ALLOTEY, DELIA A (254164) | $14,230.86 | $5,485.64 | $19,716.50 |
| Apelyan, Agavnik (379359) | $42.38 | $10.75 | $53.13 |
| Appia, Dinah A (331613) | $1,719.06 | $707.39 | $2,426.45 |

| Name | | | |
|---|---|---|---|
| Appiah, Joana (341980) | $130.04 | $70.22 | $200.25 |
| ARCHULETA, ANGELINA J (256590) | $135.75 | $71.81 | $207.57 |
| Armendariz, Marisela (351003) | $1,650.17 | $712.69 | $2,362.86 |
| Asiamah, Georgina (348339) | $209.90 | $111.84 | $321.74 |
| Astifan, Meredith A (375852) | $256.69 | $80.57 | $337.26 |
| ATENCIO, VANESSA I (388032) | $10.44 | $2.53 | $12.97 |
| AVARZED, MICHIDMAA (207267) | $1,624.85 | $732.00 | $2,356.85 |
| BAILEY, DEBRA J (203033) | $86.39 | $42.88 | $129.27 |
| Baker, Zakkiyah D (379138) | $150.77 | $45.17 | $195.94 |
| BAKOKOR, ELLEN (250486) | $939.43 | $226.29 | $1,165.72 |
| Banks, Taura R (364112) | $7.88 | $2.97 | $10.85 |
| Barela, Sharlene A (375378) | $42.95 | $14.18 | $57.13 |
| BEACH, ROBIN (209309) | $28.75 | $11.12 | $39.87 |
| BEGZSUREN, OTGONCHIMEG (203142) | $1,208.61 | $529.19 | $1,737.80 |
| Bennett, William B (378694) | $2,061.59 | $520.87 | $2,582.46 |
| BENTON, KALON L (326260) | $519.20 | $270.25 | $789.45 |
| Bernier, Happy (355608) | $878.49 | $390.41 | $1,268.90 |
| BEYERLE, CAROL J (323814) | $3,410.04 | $1,480.53 | $4,890.57 |
| Beylina, Olga E (375853) | $445.10 | $102.45 | $547.55 |
| Boatemaa, Akua (377574) | $334.83 | $85.34 | $420.18 |
| BOLDEN, CYNTHIA J (385405) | $2.58 | $0.60 | $3.18 |
| Bolivar, Sheryl C (370397) | $982.15 | $333.81 | $1,315.96 |
| BRADLEY, LINDA (253951) | $343.27 | $193.40 | $536.67 |
| BRAVE, DEBBIE A (320485) | $444.93 | $226.93 | $671.86 |
| Brewster, LaNee' (360884) | $3,955.30 | $1,485.57 | $5,440.87 |
| Brizin, Victor (344650) | $473.17 | $236.48 | $709.65 |
| Bumbalough, Gina L (378623) | $49.40 | $12.99 | $62.39 |
| BURNETT, COLLEEN K (338244) | $192.43 | $105.41 | $297.84 |
| BURRELL, VIVIENNE M (281522) | $1,697.01 | $819.25 | $2,516.26 |
| BUSKEN, LISA (382113) | $2,814.80 | $644.48 | $3,459.28 |
| Cain Castillo, Susan R (391121) | $172.78 | $37.41 | $210.19 |
| CASILLAS, KIMBERLEY K (320480) | $15,239.55 | $5,172.37 | $20,411.91 |
| Castaneda, Iris (347791) | $139.60 | $75.25 | $214.85 |
| Castille, Elsie M (340681) | $584.21 | $223.40 | $807.61 |
| Cavanaugh, Tamisha N (374509) | $3.00 | $0.87 | $3.87 |
| Cereceres, Alexis M (382897) | $393.41 | $95.44 | $488.85 |
| Chisholm, Terri (365042) | $1,083.70 | $355.46 | $1,439.16 |
| CHRISTIAN, YVONNE (334079) | $1,323.21 | $615.59 | $1,938.81 |
| Cissoko, Mariama (362884) | $60.52 | $24.96 | $85.47 |

| Name | | | |
|---|---|---|---|
| Coleman, Jennifer L (360118) | $110.17 | $47.15 | $157.32 |
| COLLINS-DAVIS, TRACY (325622) | $196.32 | $107.56 | $303.88 |
| Conner, Jamie R (348851) | $226.77 | $107.76 | $334.53 |
| COSTANTINE, MICHELINE (338294) | $7.05 | $3.78 | $10.83 |
| Coulter, Danya (390326) | $232.75 | $50.48 | $283.23 |
| Croaker, Riki L (357185) | $105.80 | $46.87 | $152.67 |
| DANIELS, ADRIENNE C (256592) | $5,428.11 | $1,699.61 | $7,127.72 |
| Deem, Penelope P (326771) | $23.91 | $11.70 | $35.61 |
| DeLorenzo, Stephen (352804) | $157.84 | $78.36 | $236.19 |
| DENBLEYKER, DEBRA L (325686) | $108.00 | $55.82 | $163.82 |
| DEVINNY, DANITA K (338299) | $28.54 | $15.91 | $44.45 |
| Diaz, Silvia A (363800) | $108.72 | $42.66 | $151.38 |
| DIAZ, SUSAN M (247139) | $1,748.74 | $623.71 | $2,372.46 |
| Dickins, Emma M (349630) | $146.76 | $73.45 | $220.21 |
| Diesi, Adam M (351265) | $18.38 | $9.41 | $27.79 |
| DINGLER, VALERIE N (203087) | $484.44 | $224.96 | $709.40 |
| Dominguez, Tammy (361631) | $1,446.63 | $521.65 | $1,968.28 |
| Dorrell, LuAnn T (217488) | $3.49 | $1.94 | $5.42 |
| DRISKELL, PATRICIA A (322554) | $39.81 | $12.52 | $52.33 |
| Dunn, Rose E (343782) | $3,353.30 | $1,656.73 | $5,010.03 |
| DUSZIK, DENISE M (376563) | $266.75 | $83.70 | $350.45 |
| Dye, Georgia (336264) | $467.49 | $246.62 | $714.11 |
| DZWILEWSKI, MARGARET P (251299) | $167.01 | $89.35 | $256.36 |
| Erwin, Mary F (349819) | $4,954.89 | $1,514.61 | $6,469.51 |
| ESSOH, BELINDA (321985) | $5,212.31 | $2,197.85 | $7,410.16 |
| Evans, Rebecca L (351463) | $110.92 | $50.52 | $161.44 |
| Everett, Amanda L (332936) | $166.85 | $78.20 | $245.05 |
| Farmer, Jaime L (339612) | $9.18 | $4.42 | $13.60 |
| Fay, Clarice A (349634) | $722.74 | $347.41 | $1,070.15 |
| FELLER, KRISTINE (254073) | $3,542.00 | $1,441.86 | $4,983.86 |
| Fennelly, Lynda H (346493) | $4,136.41 | $1,779.58 | $5,915.99 |
| Fenwick, Laurie (357955) | $74.59 | $33.33 | $107.91 |
| FEOLA, LISA K (338280) | $110.00 | $60.76 | $170.76 |
| Ferguson, Erik S (352739) | $95.63 | $47.98 | $143.60 |
| Figueroa, Erlinda M (364498) | $62.81 | $25.59 | $88.40 |
| Finlayson, Katresha N (371007) | $45.50 | $16.19 | $61.69 |
| Firethunder, Constance C (355121) | $3,267.90 | $1,268.11 | $4,536.01 |
| FITZSIMMONS, PATRICIA (216534) | $382.19 | $156.27 | $538.47 |
| Flippin, Nicole R (379683) | $80.39 | $17.47 | $97.86 |

| Name | | | |
|---|---|---|---|
| FORBES, BOBI K (326509) | $11,386.12 | $3,903.17 | $15,289.29 |
| Foster, Stella L (372602) | $41.25 | $14.18 | $55.43 |
| Free, Pamela (351005) | $5.50 | $2.86 | $8.36 |
| GALLEGOS, TANA (329206) | $2,688.22 | $822.87 | $3,511.09 |
| Garcia, Erika (345299) | $959.51 | $370.10 | $1,329.62 |
| Garcia, Eva I (350955) | $12,552.09 | $4,803.15 | $17,355.24 |
| Gardner, Angela L (387751) | $137.25 | $32.41 | $169.66 |
| GARRISON, CHRISTIE R (338255) | $9.50 | $5.19 | $14.69 |
| Garza, Josie (355651) | $192.51 | $88.57 | $281.08 |
| GERMANY, AISHA J (207259) | $195.78 | $108.32 | $304.10 |
| Gonzales, Ruth M (334635) | $338.34 | $181.16 | $519.51 |
| Gonzalez, Trudy L (370400) | $107.50 | $38.94 | $146.44 |
| Griffin, Jeanetta K (353928) | $198.96 | $92.35 | $291.31 |
| Haefele, Michele L (359340) | $2,177.40 | $761.52 | $2,938.93 |
| Hairston, Evelyn (334820) | $1,680.45 | $574.22 | $2,254.67 |
| Hall, Nikki A (332940) | $1,200.39 | $634.80 | $1,835.19 |
| Hall, Ramona F (345300) | $172.11 | $92.36 | $264.47 |
| Hamlin, Cathy S (361288) | $99.61 | $42.78 | $142.39 |
| Hammer, Whitney A (365664) | $401.26 | $153.94 | $555.20 |
| Hanson, Markeitha R (377021) | $30.25 | $7.62 | $37.87 |
| HEMINGWAY, LISA (343688) | $18.00 | $9.59 | $27.59 |
| HERNANDEZ, JEANNETTE J (370088) | $25.64 | $8.47 | $34.11 |
| Hobbs, Lacey A (359840) | $239.51 | $69.15 | $308.66 |
| Hohman, Tiffany M (387335) | $45.00 | $10.92 | $55.92 |
| Horning, Catherine E (377294) | $26.13 | $8.17 | $34.30 |
| Hursh, Krista J (352324) | $63.07 | $19.23 | $82.30 |
| IRWIN, MADONNA (330486) | $220.76 | $122.01 | $342.77 |
| Jackson, Jacqueline O (361544) | $76.01 | $28.87 | $104.89 |
| Jackson, Zanaba T (371855) | $901.28 | $273.60 | $1,174.88 |
| Jallah, Alesia S (384620) | $156.00 | $39.39 | $195.39 |
| JAMISON, JENNIFER L (338252) | $140.69 | $79.15 | $219.85 |
| John, Eshe J (358546) | $599.25 | $234.29 | $833.54 |
| Jones, Angela R (347295) | $69.40 | $36.89 | $106.29 |
| Jones, Chelsea (387566) | $60.71 | $14.29 | $75.01 |
| Jones, Kristina L (351224) | $352.44 | $171.14 | $523.58 |
| Jones, Shannon E (354800) | $273.38 | $110.21 | $383.59 |
| KARURU, RUTH (254928) | $2,959.85 | $1,259.70 | $4,219.54 |
| Kassogue-Baldwin, Theresa S (345978) | $150.79 | $78.51 | $229.30 |
| Kawchak, Madeline C (364449) | $91.92 | $35.60 | $127.52 |

| Name | | | |
|---|---|---|---|
| Keller, Richard A (380480) | $141.67 | $40.53 | $182.20 |
| KENDRICK, MARY A (254010) | $15.95 | $8.93 | $24.87 |
| Kennett, Michelle (338723) | $44.53 | $20.85 | $65.38 |
| Khumalo, Pauline S (346220) | $103.51 | $55.57 | $159.08 |
| KIMBROUGH, WILLE M (258212) | $2,125.75 | $1,127.32 | $3,253.07 |
| KING, GWYNNEISHA C (375804) | $113.56 | $36.28 | $149.84 |
| KORE, LINDA V (205021) | $142.04 | $46.10 | $188.14 |
| Krangle, Sean M (349054) | $972.14 | $424.97 | $1,397.11 |
| Kulecho-King, Esther L (364228) | $1,181.01 | $467.52 | $1,648.54 |
| Lange, Kenadee J (343749) | $130.46 | $73.32 | $203.78 |
| LARUE, ARIANA B (384055) | $11.30 | $2.97 | $14.27 |
| Leonardo, Carol J (355693) | $240.76 | $98.50 | $339.26 |
| Logian, Cornelia (391120) | $51.17 | $10.95 | $62.12 |
| Long, Pamela J (364477) | $24.75 | $10.23 | $34.98 |
| LOPEZ, DANICA (322556) | $2,650.38 | $1,254.07 | $3,904.46 |
| Lopez, Munwoua T (360098) | $835.39 | $287.02 | $1,122.41 |
| Lowe, Kathy M (351472) | $7,976.36 | $3,121.31 | $11,097.67 |
| MALLA, MARTHA (250482) | $159.37 | $70.16 | $229.53 |
| Marsh, Erma (341250) | $10,440.52 | $4,386.66 | $14,827.18 |
| Martin, Wendi L (347104) | $7.88 | $4.07 | $11.95 |
| MATTHEWS, NAKIA (320092) | $591.24 | $206.10 | $797.34 |
| McCall, Raina (387611) | $610.97 | $139.76 | $750.73 |
| MCDOWELL, PHYLLIS D (207252) | $4,285.71 | $1,901.93 | $6,187.64 |
| McGrath, Karol J (348126) | $2,407.16 | $942.51 | $3,349.67 |
| MCREYNOLDS, KIMBERLEE (324357) | $473.95 | $178.39 | $652.35 |
| MILLICAN, SHERRI L (205010) | $532.78 | $140.19 | $672.97 |
| Mills, La-Reina E (370401) | $235.86 | $84.72 | $320.58 |
| MONDRAGON GUEVARA, GUADALUPE | $602.84 | $153.78 | $756.62 |
| Moody, Venus D (352044) | $53.68 | $25.12 | $78.80 |
| Moore, Mertie M (350399) | $2,958.16 | $1,258.48 | $4,216.64 |
| Morales, Michelle L (349137) | $384.29 | $169.97 | $554.26 |
| Mui, Victoria V (350211) | $1,281.39 | $519.63 | $1,801.02 |
| MWANGI, VERONICA (209317) | $6,870.08 | $2,238.59 | $9,108.67 |
| Narcisse, Marie B (345405) | $2,432.78 | $650.80 | $3,083.58 |
| NEATHERY, TAMMY (324922) | $2,020.68 | $795.64 | $2,816.32 |
| NEWGREN, BROOKE E (373584) | $100.47 | $33.61 | $134.08 |
| Nichols, Jackie A (340693) | $11.92 | $4.22 | $16.13 |
| Nichols-Coady, Deborah (349848) | $78.56 | $37.32 | $115.87 |
| Nuanes, Raylene R (361212) | $300.53 | $118.77 | $419.29 |

| Name | | | |
|---|---|---|---|
| OCLOO, CYNTHIA (205040) | $42.83 | $24.17 | $67.00 |
| Ofori, Bernicia E (367370) | $3,583.81 | $1,055.40 | $4,639.22 |
| OLGUIN, LINDA I (203047) | $6.97 | $3.81 | $10.78 |
| Orr, Ama A (377012) | $785.08 | $231.62 | $1,016.70 |
| OWUSU, ELIZABETH (230716) | $42.68 | $23.22 | $65.89 |
| Owusu-Nyamekye, Victoria (368771) | $2,599.44 | $886.72 | $3,486.16 |
| PACHECO, LOUISE (387319) | $89.38 | $20.79 | $110.17 |
| PASILLAS, GLORIA M (203331) | $19,702.39 | $8,539.72 | $28,242.11 |
| Pearl, Elaine (334345) | $511.48 | $226.91 | $738.38 |
| PERRINE, PATRICIA (247902) | $816.24 | $324.42 | $1,140.66 |
| PERRY, BARBARA J (205011) | $7,946.01 | $2,975.97 | $10,921.98 |
| Peterson, Tambra L (342744) | $905.60 | $425.71 | $1,331.31 |
| PINO, DARLA M (338216) | $165.75 | $91.33 | $257.08 |
| Pino, Isabel M (344651) | $306.33 | $167.57 | $473.91 |
| PITMAN, VICTORIA J (338306) | $20.00 | $10.83 | $30.83 |
| PITTALA, CLAUDIA D (338215) | $75.56 | $41.59 | $117.16 |
| Pittman, Carolyn R (345958) | $42.60 | $19.39 | $61.99 |
| Pratt, Deana F (374300) | $16.47 | $3.55 | $20.03 |
| Prave, Donna A (344036) | $266.14 | $117.41 | $383.55 |
| Price, Danielle A (346216) | $24.44 | $11.58 | $36.02 |
| Prilliman, Loretta K (356911) | $6.88 | $3.01 | $9.89 |
| Rabino, Dena M (341452) | $120.98 | $31.36 | $152.34 |
| RADFORD, RETTA (209286) | $7,052.20 | $2,367.13 | $9,419.33 |
| Ramirez, Jacqueline (363164) | $428.71 | $175.44 | $604.15 |
| Rangingisan, Deceline (353943) | $15.37 | $7.00 | $22.37 |
| RAWLINS, ELIZABETH (329975) | $115.05 | $48.98 | $164.03 |
| Reyes Villescas, Desirae L (359343) | $99.34 | $42.43 | $141.77 |
| REYES, SHANNON J (338211) | $68.75 | $38.34 | $107.09 |
| ROBERTSON, PATRICIA L (246606) | $1,692.23 | $832.22 | $2,524.44 |
| Robles, Ramon (350956) | $2,079.86 | $775.17 | $2,855.03 |
| Rosnick, Danielle N (354845) | $11.95 | $5.73 | $17.68 |
| ROYBAL, ANNA (209266) | $360.61 | $192.26 | $552.87 |
| San Pedro, Evangeline C (373187) | $28.75 | $8.28 | $37.03 |
| SCOGGINS, SUSAN A (205012) | $3.50 | $1.18 | $4.68 |
| Segroves, Dillie C (355867) | $293.86 | $64.88 | $358.74 |
| SENOGA, JOAN N (203157) | $179.62 | $78.39 | $258.01 |
| Servantez, Casey (337730) | $1,337.18 | $382.54 | $1,719.72 |
| Shelby, Michael J (355613) | $78.34 | $37.19 | $115.52 |
| SHELLEMAN, THERESE P (338278) | $303.75 | $169.38 | $473.13 |

| Name | | | |
|---|---|---|---|
| Sisk, Lakesha (335849) | $3,034.92 | $1,377.43 | $4,412.35 |
| Smith, Martha (342516) | $44.88 | $25.03 | $69.91 |
| Soto, Manuela A (335519) | $1,268.41 | $660.69 | $1,929.10 |
| STAHL, MICHELLE M (338273) | $31.43 | $17.56 | $48.99 |
| STANLEY, DANA (338219) | $21.00 | $11.38 | $32.38 |
| STAUDENMAIER, SANDRA (348525) | $85.71 | $45.28 | $131.00 |
| STECKLEIN, JULIA A (338337) | $21.97 | $12.35 | $34.31 |
| Steinem, Rodger H (371865) | $246.70 | $70.45 | $317.15 |
| STEVENS, LUCIA L (230714) | $2,962.27 | $1,456.53 | $4,418.80 |
| SUFFRA, CELINE S (203040) | $12.66 | $6.66 | $19.32 |
| SUTTON, KARYN L (388626) | $321.63 | $74.21 | $395.84 |
| Theriault, Debi L (346153) | $165.00 | $84.70 | $249.70 |
| Thomas, Melentha K (371189) | $108.56 | $36.39 | $144.94 |
| Thomason, Jody J (363902) | $159.15 | $64.76 | $223.91 |
| Torrez, Maria (362001) | $44.75 | $19.10 | $63.85 |
| TRIBUE, VICTORIA O (209278) | $426.81 | $160.68 | $587.49 |
| Turbitt, Kathryn L (361289) | $448.92 | $125.52 | $574.44 |
| Turner, Felicia J (369849) | $16.88 | $6.24 | $23.12 |
| Umar, Yusuf (368523) | $585.01 | $214.61 | $799.62 |
| Uriarte, Gloribina (345717) | $212.47 | $117.61 | $330.09 |
| Vega, Lesley A (391123) | $139.95 | $30.25 | $170.19 |
| Vela, Candice L (345241) | $281.85 | $156.02 | $437.87 |
| VILLEZCA, CONSUELO (226244) | $158.80 | $54.32 | $213.11 |
| Walker, Barbara P (365457) | $41.53 | $15.77 | $57.30 |
| WALKER, KATHLEEN A (338351) | $350.00 | $191.85 | $541.85 |
| Ward, Veronica J (375646) | $25.65 | $8.22 | $33.87 |
| Warner, Robbyn J (354598) | $391.60 | $129.95 | $521.56 |
| WASHINGTON, ANNIE G. (223288) | $308.70 | $146.46 | $455.16 |
| WATERS, LINDA S (207248) | $1,492.05 | $487.88 | $1,979.93 |
| WEBSTER, JUANITA M (370678) | $886.39 | $312.07 | $1,198.46 |
| WEDDINGTON, KATHI R (342665) | $186.39 | $90.13 | $276.52 |
| WERTHER, DEBBIE Y (230707) | $181.45 | $91.60 | $273.04 |
| Westin, Carol L (364407) | $11.90 | $3.45 | $15.35 |
| WILKERSON, YOLANY (255517) | $298.39 | $162.74 | $461.13 |
| Williams, Khadijah C (358547) | $46.65 | $21.24 | $67.89 |
| WILLIS, SARAH L (209273) | $49.52 | $22.76 | $72.28 |
| WISEMAN, RAJ (346039) | $115.00 | $64.40 | $179.40 |
| WOHL, HALINA T (389552) | $266.66 | $59.79 | $326.44 |
| Woldetinsae, Asnaku (361546) | $213.17 | $74.94 | $288.10 |

| | | | |
|---|---|---|---|
| WOLF, ROBIN D (338221) | $23.79 | $13.21 | $37.00 |
| WOOD, ERMA (213316) | $1,521.84 | $636.54 | $2,158.38 |
| Woods, Allison R (369848) | $281.43 | $102.66 | $384.09 |
| YISA, TITILAYO I (320984) | $190.52 | $86.36 | $276.88 |
| ZIMMERMAN, EMILY J (382430) | $161.36 | $38.89 | $200.25 |

Class Member Julie A. Detsch excluded herself from this class and is excluded from this judgment.

It is FURTHER ORDERED that the Parties' Motion for Entry of Stipulated Final Judgment (Doc. # 114) is GRANTED.

DATED: December 6, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge